JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANU D.,

        Plaintiff,

  v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

        Defendant.

Case No. 5:23-cv-01279-KES

JUDGMENT

IT IS HEREBY ADJUDGED that, for the reasons set forth in the
Memorandum Opinion and Order, the decision of the Commissioner of the Social
Security Administration is AFFIRMED.

DATED:  November 15, 2023

*Karen E. Scott*

KAREN E. SCOTT
United States Magistrate Judge